Robert S. Wolkin
Arizona Bar # 002900
rswolkin@cox.net
Robert S. Wolkin Law Office
3301 E Camino Campestre,
Tucson, AZ 85716
(520) 319-2159

Wes Klimczak, of counsel
California Bar # 294314
wklimczak@polsinelli.com
POLSINELLI, PC
21771 Stevens Creek Blvd., Suite 1
Cupertino, CA  95014
(408) 414-7330

Thomas Saunders, of counsel
Massachusetts Bar # 442970
tsaunders@polsinelli.com
POLSINELLI, PC
100 Cambridge Street, Twenty-First Floor
Boston, MA  02114
(617) 933-4442


Attorneys for Plaintiff Anavex Life Sciences Corp.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Plaintiff ANAVEX LIFE SCIENCES CORP., <br><br> PLAINTIFF, <br><br> v. <br><br> ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA, <br><br> DEFENDANT. | Case No. <br><br> **COMPLAINT FOR FALSE DESIGNATION OF ORIGIN UNDER THE LANHAM ACT AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL** |

For its Complaint, Plaintiff Anavex Life Sciences Corp. ("Anavex") avers as follows:

## PARTIES

1.      Anavex is a limited liability company duly organized and existing under the laws of the State of Nevada, with its corporate headquarters and principal place of business at 51 West 52nd Street, New York, New York 10019-90405.

2.      Anavex is informed and believes, and on that basis avers, that defendant Anivax, Inc DBA Anivax Corporation Arizona ("Anivax") is, on knowledge or belief, a corporation organized and existing under the laws of Arizona, with its principal place of business at 1303 E University Boulevard, #20701, Tucson, Arizona, 85719.

## Background

3.      Anavex is the owner of all rights, title and interest in and to Application Serial No. 86/768671 for the mark ANAVEX in connection with pharmaceutical preparations for the treatment of neurological conditions, including Alzheimer's disease in International Class 5, filed September 25, 2015, based on a date of first use at least as early as January 1, 2007. *See* Exhibit A.

4.      Anavex is the owner of Application Serial No. 86/768699 for the mark ANAVEX in connection with pharmaceutical research and development in International Class 42, filed September 25, 2015, based on a date of first use at least as early as January 1, 2007. *See* Exhibit B.

5.    Anavex is advertising and offering its pharmacological research and drug development services at the home page address of http://www.anavex.com. *See* Exhibit C.

6.    Anavex has been in the business of pharmaceutical research and development and developing pharmaceutical preparations under the ANAVEX name for the treatment of neurological conditions including Alzheimer's disease since at least January 1, 2007

7.    Examples of national and international use of the name ANAVEX in pharmaceutical business and research include the following non-limiting examples.

a.  On January 25, 2007 Anavex publically  announced that Dr. Panos Kontzalis, of Basel, Switzerland, was appointed as Chief Executive Officer and member of the Board of Directors.

b.    On January 31, 2007 Anavex announced that it acquired a portfolio of three patents and one patent application covering drug candidates intended to be further developed through commercialization targeting the areas of neurological diseases and cancer. The patents were assigned by Dr. Alexandre Vamvakides, of Paris, France, who was appointed as Chief Scientific Officer and member of the Board of Directors.

c.    On April 2, 2007 Anavex announced that it entered into a research agreement with the department of Pharmacology and Biological Sciences at Paris 5 University-Rene Descartes, France, to investigate the

neuroprotective action of Anavex's tetrahydrofuranic compound ANAVEX 19-144 (AE37Met) in transient focal cerebral ischemia animal models.

d.     On May 23, 2007 Anavex announced that in vivo preclinical data presented in a poster at the 8e Colloque de la Société des Neurosciences meeting, Montpellier, France, showed that ANAVEX 1-41 and ANAVEX 2-73 were new potent muscarinic ligands with a high affinity for the sigma-1 receptor-suggest a possibly important neuroprotective and anti-amnesic efficacy in Alzheimer's Disease.

e.     A poster presentation was made at Neuroscience from Nov. 3 through 7, 2007 in San Diego, Calif entitled "Anti-amnesic and neuroprotective activities of ANAVEX 2-73, a new aminotetrahydrofuran derivative acting as a mixed muscarinic/sigma-1 ligands, in pharmacological and pathological models of amnesia," including work by Dr. Alexandre Vamvakides, of Anavex.

f.     Dr. Alexandre Vamvakides, of Anavex co-authored a paper in J Psychopharmacol. 2011 Aug;25(8):1101-17 entitled "Anti-amnesic and neuroprotective potentials of the mixed muscarinic receptor/sigma 1 ($\sigma$1) ligand ANAVEX2-73, a novel aminotetrahydrofuran derivative."

g.     A poster entitled "Mitochondrial protection is induced by the novel tetrahydrofuran derivative ANAVEX2-73 after ICV injection of oligomeric Aß25-35 peptide in mice, a nontransgenic Alzheimer's disease model" was presented at Neuroscience 2012, October 13-17, 2012, in New Orleans.

- 4 -

h. Anavex drugs were further the subject of "A Phase 1 Dose Escalation Study to Investigate Safety, Tolerability, and Pharmacokinetics of ANAVEX 2-73 in Healthy Male Subjects." Presented at CNS Summit 2014, Boca Raton, FL

i. Further, Anavex drug data entitled "Novel Anti-Seizure Compound ANAVEX 2-73 a Sigma-1 Receptor Agonist in Multiple Seizure Models" was presented at The American Epilepsy Society Annual Meeting 2015, Philadelphia, PA.

8. Anavex has been listed on the public exchange (OTCBB:AVXL) since January of 2007 and on the NASDAQ exchange as of October of 2015.

9. Anavex engages in research and drug development often in conjunction with universities and other academic institutions.

10. Anavex plans to sell its drugs to physicians, health care providers, drug distributors and to the general public.

**JURISDICTION AND VENUE**

11. Jurisdiction is founded on federal question under the Lanham Act. This Court has jurisdiction under 28 U.S.C. § 1338(b) in that said claims are joined with a substantial and related claim under the Trademark Laws of the United States, 15 U.S.C. §§ 1501 *et seq.*

12. This Court has personal jurisdiction over Anivax as Anivax is regularly engaged in business in this State and District, for example, offering to

- 5 -

manufacture, manufacturing, offering to sell, and selling, animal vaccines under the ANIVAX mark.

13.     Venue in this District is proper based on 28 U.S.C. §§ 1391 and 1400.  Anivax does business, has infringed, and continues to infringe the ANAVEX trademark in this District.

## CLAIM FOR RELIEF
## COUNT ONE (Unfair Competition by Infringement of Common-Law Rights)

14.     Plaintiff realleges as fully set forth the allegations of Paragraphs 1 through 13.

15.     Anivax seeks to register ANIVAX as a trademark for research and development of vaccines and medicines in International Class 42 based on a U.S. Trademark application filed on February 20, 2015, and designated Serial No. 86/540771.

16.     On January 14, 2016, Application Serial No. 86/768699 for the mark ANAVEX received a notice of suspension in view of the ANIVAX application under Trademark Act Section 2(d) on the basis of a likelihood of confusion,

17.     Anivax is, on knowledge and belief, the owner of the domain name "anivax.com" as registered on September 15, 2015 by GODADDY.COM which includes the ANIVAX mark.  *See* Exhibit D.

18.     Anivax is advertising and offering for sale animal vaccines, custom manufacture animal vaccines, and veterinary biologics under the ANIVAX mark at the home page address of http://www.anivax.com. *See* Exhibit E.

19.     Anavex's common law priority date to ANAVEX precedes the Applicant's claimed date of first use of ANIVAX, and, upon information and belief, precedes any priority date upon which Anivax may rely.

20.     The pronunciation of ANIVAX and ANAVEX are virtually identical.

21.     The spelling of ANIVAX and ANAVEX are quite similar with the differences being two vowel substitutions: an "I" for an "A" and an "A" for an "E."

22.     Services identified by Anivax are virtually identical to services offered by Anavex, namely medicines.

23.     On information and belief, channels of trade for Anivax's goods include, at a minimum, drug distributors and the general public.

24.     Defendan t's ANIVAX trademark so resembles Anavex's ANAVEX mark when used in connection with the goods identified in the application to cause confusion, to cause mistake, or to deceive.

25.     Purchasers and prospective purchasers are likely to mistakenly believe that the goods Anivax offers under the ANIVAX trademark are produced,

sponsored, endorsed, or approved by Anavex, or are in some way affiliated, connected, or associated with Anavex, all to the detriment of Anavex.

26.     Anavex, by this Complaint and otherwise, has notified Anivax of its infringement, which has been and continues to be willful and deliberate.

27.     Anavex has been and continues to be damaged by the above-alleged infringement and will suffer irreparable harm until such time as that infringement is enjoined.

28.     Said acts of Anivax constitute unfair competition and an infringement of Anavex's common law rights in the mark ANAVEX.

29.     Continuously since on or about January 1, 2007 Anavex has used the mark ANAVEX to identify goods and services and to distinguish them from those made and sold by others, by, among other things, prominently displaying the mark ANAVEX on its website and press releases, conference posters, and letterhead,  throughout the United States.

30.     ANAVEX goods and advertising have been distributed in the trade area where defendant is doing business.

## COUNT TWO (Violation of the Lanham Act by Use of False Designation in Interstate Commerce

31.     Plaintiff realleges as fully set forth the allegations of Paragraphs 1 through 30.

32.     Anivax has caused vaccines and development services associated with vaccines, vaccine development, and biologics to enter into interstate commerce with the designation ANIVAX connected therewith.

33.     Said use of ANIVAX is a false designation of origin which is likely to cause confusion, to cause mistake and to deceive as to the affiliation, connection or association of the defendant with plaintiff and as to the origin, sponsorship, or approval of such vaccines, vaccine development, and biologics by Anavex.

34.     These acts are in violation of 15 U.S.C. §§ 1125(a) in that defendant has used in connection with goods and services a false designation of origin, a false or misleading description and representation of fact which is likely to cause confusion, and to cause mistake, and to deceive as to affiliation, connection, or association of ANIVAX with ANAVEX and as to the origin, sponsorship, and approval of defendant's goods and services and commercial activities by plaintiff.

35.     By reason of defendant's acts alleged herein, plaintiff has and will suffer damage to its business, reputation, and goodwill and the loss of sales and profits plaintiff would have made but for defendant's acts.

36.     Defendant threatens to continue to do the acts complained of herein, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable damage.

37.     It would be difficult to ascertain the amount of compensation which could afford plaintiff adequate relief for such continuous acts, and a multiplicity of judicial proceedings would be required.

38.    Plaintiff's remedy at law is inadequate to compensate it for injuries threatened.


**PRAYER**

Wherefore, Plaintiff Anavex. prays for judgment as follows:

1.    That this Court grant an injunction pursuant to 15 U.S.C. § 1116, enjoining and restraining Anivax and its agents, servants, and employees from directly or indirectly using the name ANIVAX or any other mark, word, or name similar to Plaintiff's mark which is likely to cause confusion, mistake or to deceive.

2.    That this Court pursuant to the power granted it under 15 U.S.C § 1118 order that all labels, signs, prints, packages, wrappers employing the ANIVAX mark be promptly destroyed.

3.    Anivax be ordered to abandon United States Application Ser. No. 86/540771 and not seek to register a trademark containing the "ANIVAX" element.

4.    ANIVAX be ordered to transfer ownership of the domain name anivax.com to plaintiff.

- 10 -

1    5.    For such other and further relief as this Court may deem just and
2    proper.

3

4    Dated:  March 10, 2016          ROBERT S WOLKIN

5                                   By:  _____
6                                        Robert S. Wolkin
7                                        Attorney for Plaintiff Anavex Life Sciences
                                         Corp.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 11 -

# DEMAND FOR JURY TRIAL

Plaintiff, AnavexLife Sciences Corp., hereby demands trial by jury.

Dated:  March 10, 2016

By: _____
Robert S. Wolkin
Attorneys for Plaintiff Anavex Life Sciences
Corp.


EXHIBIT A

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 8 03:20:22 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]  OR  Jump  to record: [          ]  **Record 2 out of 2**

TSDR   ASSIGN Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANAVEX

| | |
|---|---|
| **Word Mark** | **ANAVEX** |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Pharmaceutical preparations for the treatment of neurological conditions including Alzheimer's disease. FIRST USE: 20070101. FIRST USE IN COMMERCE: 20070101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86768671 |
| **Filing Date** | September 25, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Anavex Life Sciences Corp. CORPORATION NEVADA 7th Floor 51 West 52nd Street New York NEW YORK 10019 |
| **Attorney of Record** | Thomas M. Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



EXHIBIT B



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 8 03:20:22 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]  OR  Jump  to record: [        ]   **Record 1 out of 2**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ANAVEX

| | |
|---|---|
| **Word Mark** | **ANAVEX** |
| **Goods and Services** | IC 042. US 100 101. G & S: Pharmaceutical research and development. FIRST USE: 20070101. FIRST USE IN COMMERCE: 20070101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86768699 |
| **Filing Date** | September 25, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Anavex Life Sciences Corp. CORPORATION NEVADA 7th Floor 51 West 52nd Street New York NEW YORK 10019 |
| **Attorney of Record** | Thomas M. Saunders |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C



| Search | Submit Query |

NASDAQ: AVXL



- [Home](#)
- About Us ☒
- Pipeline ☒
- Investors ☒
- News ☒
- Contact



## Welcome to Anavex™ Life Sciences Corp.

Anavex Life Sciences Corp. is a publicly traded biopharmaceutical company dedicated to the development of differentiated therapeutics for the treatment of neurodegenerative diseases including Alzheimer's disease, other central nervous system (CNS) diseases, pain and various types of cancer.

---



**Corporate Presentation**
Winter 2016



**Webcast**
Anavex corporate presentation at 18th Annual BIO CEO & Investor Conference on February 9, 2016



**Latest News**   FAQ

**FAQ**
Reverse stock split associated with uplisting to Nasdaq Capital Market.

**Video**
Anavex rings the Nasdaq Stock Market Closing Bell on Oct. 30, 2015

Anavex Reports Fiscal First Quarter 2016 Financial Results

Anavex Presents Preclinical Results of ANAVEX 2-73 in Rett Syndrome
ANAVEX 2-73 Preclinical Data in New Indication to be Presented at ACTRIMS 2016

**Events**

33rd Camerino-Cyprus Symposium

May 15-19, 2016

14th International Athens / Springfield Symposium on Advances in Alzheimer Therapy

Saturday, March 12, 2016

2016 Epilepsy Pipeline Conference

Friday, February 26, 2016

© 2007-2016 Anavex Life Sciences Corp. - All Rights Reserved.
ANAVEX is a trademark of Anavex Life Sciences Corp.

**Subscribe to our email list**

Name* First Name
Last Name
Email*
Subscribe

EXHIBIT D



Your Domain Starting Place...

Type here for whois, domain and keyword results    🔍

## WHOIS LOOKUP

**http.com is already registered\***

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: HTTP.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited
Status: clientRenewProhibited https://www.icann.org/epp#clientRenewProhibited
Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdateProhibited
Updated Date: 20-may-2013
Creation Date: 01-feb-1995
Expiration Date: 02-feb-2020

>>> Last update of whois database: Mon, 01 Feb 2016 02:31:27 GMT <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

### Premium Domains

| | | |
|---|---|---|
| ☐ | httpb.com | $2095.00 |
| ☐ | httpn.com | $3695.00 |
| ☐ | httpbt.com | $980.00 |
| ☐ | httpssl.com | $2524.00 |

**BUY SELECTED**

### Filters

- ☑ Popular
- ☐ Arts and Culture
- ☐ Audio and Video
- ☐ Businesses
- ☐ Colors
- ☐ Computers and Internet
- ☐ Descriptive
- ☐ Educational and Academic
- ☐ Financial and Banking
- ☐ Food and Drink
- ☐ Fun and Unique
- ☐ Geographic
- ☐ Health and Fitness
- ☐ Lifestyles and Relationships
- ☐ Marketing and Sales
- ☐ Media and Music
- ☐ Organizations
- ☐ Personal
- ☐ Products
- ☐ Professional
- ☐ Real Estate
- ☐ Services
- ☐ Shopping
- ☐ Sports and Hobbies
- ☐ Trades and Construction
- ☐ Travel and Tourism

**TOP 10 DISASTER RECOVERY PITFALLS:
ARE YOU PREPARED?**

▶ Get the White Paper

 
NTT Communications



COPYRIGHT © 1999-2015      SITEMAP | PRIVACY POLICY | TERMS AND CONDITIONS

\* NTT America endeavors to make the domain name availability search process reliable; however, NTT America does not guarantee availability of domain names or the accuracy or security of the WHOIS system. There are several factors that
could cause a WHOIS.NET query to incorrectly display that a currently registered domain is available. Regardless, if a domain name is already registered, WHOIS.NET will not be able to register the domain or gain possession of the registration
from the current registrar without the permission of the current owner. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays
in the actual registration of a domain name with the appropriate registry, NTT America is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through NTT America is not
complete until you receive the final confirmation e-mail from NTT America. All registrations through NTT America are subject to NTT America's Global Terms and Conditions.



EXHIBIT E

 Anivax    Home   Vaccines   Articles   Mgmt   Press   Downloads   Contact



**Company:**

 When commercially available veterinary vaccines are not efficacious in the face of a disease outbreak, then autogenous, or custom vaccines are prescribed by veterinarians. The etiology of influenza in humans provides a descriptive analogy to the use of autogenous veterinary vaccines. Each year, humans become susceptible to infection with influenza virus. If a person were infected with or vaccinated against influenza virus in a previous year, then in subsequent years they would be immune to that strain of the virus.

**Mission Statement**

Anivax develops, manufactures and markets safe and efficacious veterinary vaccines for the purpose of protecting food animals from disease and to reduce the risk of contaminated meat products intended for human consumption.

## March 1, 2016 - Anivax seeks a partner to launch an autogenous operation in Tucson, Arizona, USA.

However, each year wild-type flu viruses develop different antigenic profiles. Hence, a convalescent patient will not be immune to infection from a flu strain that has changed. Annually, researchers from around the world decide which antigenic flu virus profile is most prevalent, and the strain is cultivated, inactivated, bottled and distributed for use. The vaccine will protect against a homologous infection, but individuals not vaccinated or exposed to a heterologous wild-type strain will not be immune.

"A proposed bill in the United States Congress would limit the use of antibiotics in animal feed. Without proper vaccination, this may increase the risk of slaughtered animals harboring pathogenic bacteria thus representing a risk to human food safety. Anivax's purpose is to manufacture safe and efficacious veterinary vaccines that allow producers to protect food animals from disease, while limiting use of antibiotics. The result is healthier animals, less antibiotics and a reduced risk of contaminated meat products intended for human consumption." John Buttery, CEO Anivax, Tucson, Arizona, USA.

Similarly, animals are also susceptible to varying wild-type disease causing agents that persistently change. Commercial vaccines which have been proven efficacious and approved for marketing by the USDA are commonly used to control disease. However, strains of bacteria and viruses which have



varying antigenic profiles from those used to make commercially licensed vaccines cause significant disease annually. Hence, the USDA allows the manufacture of custom vaccines.

Autogenous vaccines are made by isolating, cultivating, inactivating, and bottling the disease causing organism. This vaccine is then used to immunize the herd of animals from which it was isolated. Vaccines such as these can be manufactured and distributed to a supervising veterinarian within 4-8 weeks of request. The USDA does not require efficacy testing of autogenous vaccines. Therefore, these products can be expedited to the market-place. Anivax will manufacture and market autogenous vaccines as a short term return on investment strategy. Once a request for vaccine production has been received, then it will take ~4 weeks for shipment to the end-user.



## Vision Statement

Anivax has a clear vision concerning the future of its activities with autogenous vaccines. The cornerstones of this vision include:

- Preferred partner for cattle, swine and poultry veterinarians & farms, concerning autogenous vaccines.
- USDA/CVB certified facility for animal diagnostics and autogenous vaccine production.
- Holistic approach through team competence in critical aspects of animal health including genetics, management, nutrition, diagnostics, vaccination.
- Manufacturer of vaccines to provide a first line of defense against emerging diseases and help allow a timely response to emergency disease situations.
- Future oriented production facility and quality standards. This includes a certified lab at Anivax and a relationship with the UA Diagnostic Laboratory.
- Pro-active interface between science & practice. This includes hiring the top students and professionals in the biologics and veterinarian industry.

Anivax is establishing operations in Tucson, Arizona, USA to manufacture and market bacterial and viral autogenous veterinary biologics to practicing veterinarians. These products will be prepared for use by or under the supervision of a veterinarian. Their use will be limited to the scope of the veterinarian-client-patient relationship. All products are manufactured under the direction of a competent and experienced staff with with expertise in microbiology, immunology, vaccinology and the development, scale-up and production of veterinary biologics.

Anivax develops products for the purpose of protecting domestic animals from diseases caused by bacteria and viruses, while ensuring food safety for humans. Our strategy for ensuring the production of unique, efficacious and safe vaccines developed from years of vaccine development and manufacturing experience. Quality technical support, good diagnostic testing and proper vaccine formulations are the keys to providing our clients with superior products.

Product manufacturing and use are regulated by the USDA-Animal and Plant Health Inspection Service and accordance with regulations put forth in the Code of Federal Regulations.

## Subscripe to our Newletter



**Name:**

**Email:** * (Required - No Spam)

Send Message

## Social Media

## Contact Details

1303 E University Blvd, #20701
Tucson, AZ 85719

Phone: (520) 834-1586

Email: info@anivax.com

Web: www.anivax.com

Privacy, Careers, Contact,

Anivax related tags, autogenous, University of Arizona CALS, Arizona State University Biodesign Institute, John Buttery, Michael Anderson, USDA, broilers, pinkeye, salmonella, antigens, gastroenteritis, bacteria, pathogenic, biopharmaceutical, Arizona, Tucson, Tech Launch Arizona, Arizona Technology Enterprises, food safety, vaccine, FSIS, poultry, NIH, foodborne illness,

© Copyright 2016 by Anivax, Inc. Anivax™ is a registered Trademark. All Rights Reserved.