1 | Name     Robert S. Wolkin

2 | Bar #     Arizona Bar # 002900

    Firm     Robert S. Wolkin Law Office

3 | Address     3301 E. Camino Campestre

4 |     Tucson, AZ 85701

    Email rswolkin@cox.net

5 | Telephone     (520)319-2159

6 |

7

8

9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

10

11 | ANAVEX LIFE SCIENCES CORP,

12 |     Plaintiff,

    **Case No.**

13 |     vs.

    **Corporate Disclosure Statement**

14 | ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA,

15 |     Defendant.

16

17

18 |     This Corporate Disclosure Statement is filed on behalf of _Anavex LIfe Sciences Corp._

in compliance with the provisions of: *(check one)*

19 | ✓     Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an

20 | action in a district court must file a statement that identifies any parent corporation

21 | and any publicly held corporation that owns 10% or more of its stock or states that

there is no such corporation.

22 | ☐     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate

23 | party to a proceeding in a district court must file a statement that identifies any

24 | parent corporation and any publicly held corporation that owns 10% or more of its

stock or states that there is no such corporation.

25 | ☐     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of

26 | alleged criminal activity is a corporation the government must file a statement

27 | identifying the victim and the statement must also disclose the information required

by Rule 12.4(a)(1).

28

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___11__ day of ___March___, 2016.

_____
Counsel of Record

Certificate of Service:

- 2 -