IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Anavex Life Sciences Corp.

    Plaintiff(s)/Petitioner(s),

vs.

Anivax, Inc. DBA Anivax Corporation Arizona

    Defendant(s)/Respondent(s)

CASE NO: 16-cv-150-TUC-JAS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ____ LODGED
RECEIVED ____ COPY
APR 15 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Wesley Klimczak**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Anavex Life Sciences Corp.**

City and State of Principal Residence: Saratoga, CA
Firm Name: Polsinelli, PC
Address: 21771 Stevens Creek Blvd.   Suite: 1
City: Cupertino   State: CA   Zip: 95014
Firm/Business Phone: (408) 414-7356
Firm Fax Phone: (408) 996-1145   E-mail Address: wklimczak@polsinelli.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| U.S. District Court for the Central District of California | 10/01/2014 | ☑ Yes  ☐ No* |
| U.S. District Court for the Northern District of California | 02/11/2015 | ☑ Yes  ☐ No* |
| U.S. District Court for the Western District of Washington | 03/01/2008 | ☑ Yes  ☐ No* |

* Explain: ***also a member in good standing of the state bars of Washington and California***

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☒ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☒ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date: 3-25-16
Fee Receipt #: pkyp170756
Signature of Applicant: /s/ Wesley Klimczak

(Rev. 04/12)

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Wesley M. Klimczak__, Bar No. __294314__

was duly admitted to practice in this Court on __October 21, 2014__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __March 24, 2016__
*Date*

KIRY K. GRAY
Clerk of Court

By _[signature]_
Lupe Thrasher, Deputy Clerk

