Robert S. Wolkin
Arizona Bar # 002900
rswolkin@cox.net
Robert S. Wolkin Law Office
3301 E Camino Campestre,
Tucson, AZ 85716
(520) 319-2159

Wes Klimczak, of counsel
California Bar # 294314
wklimczak@polsinelli.com
POLSINELLI, PC
21771 Stevens Creek Blvd., Suite 1
Cupertino, CA  95014
(408) 414-7330

Thomas Saunders, of counsel
Massachusetts Bar # 442970
tsaunders@polsinelli.com
POLSINELLI, PC
100 Cambridge Street, Twenty-First Floor
Boston, MA  02114
(617) 933-4442

Attorneys for Plaintiff Anavex Life Sciences Corp.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Plaintiff ANAVEX LIFE SCIENCES CORP.,<br><br>PLAINTIFF,<br><br>V.<br><br>ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA,<br><br>DEFENDANT. | Case No.  16-CV-150-TUC JAS<br><br>**NOTICE TO THE COURT OF NON-RECEIPT OF RESPONSE TO MOTION TO STRIKE ANSWER** |

Plaintiff, through counsel, hereby notifies the court that Defendant, Anivax, Inc. was served with the Complaint and filed a response to the complaint (answer) on April 19, 2016. On April 29, 2016, Plaintiff filed a Motion to Strike The Answer of Anivax Inc., filed by John Buttery. Seventeen (17) days for filing a

response to the motion (local Rule 7.2 c and Federal Rule 6d) from April 29, is Monday May 16, 2016.   Plaintiff notifies the court that no response has been timely received from Defendant Anivax, Inc.  Pursuant to Rule 7.1 (i), Plaintiff respectfully requests that the Defendant's Answer be stricken, with default entered against Defendant, Anivax, Inc.

DATED this ___19th___ day of ___May___, 2016.

By: _____
Robert S. Wolkin
Attorney for Plaintiff Anavex Life Sciences Corp.