## IN THE UNITED DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Plaintiff ANAVEX LIFE SCIENCES CORP.,<br><br>PLAINTIFF,<br><br>V.<br><br>ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA,<br><br>DEFENDANT. | Case No. CV-16-00150-TUC-JAS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anavex Life Sciences Corp. and Defendant Anivax, Inc. DBA Anivax Corporation Arizona hereby stipulate to dismissal of this action with prejudice, after the entry of the attached Order of the Court Retaining Jurisdiction over the Settlement Agreement. The Court shall retain jurisdiction over this matter to enforce the settlement agreement reached between the parties. The settlement agreement executed between the parties is herein incorporated by reference.

By: _____   Date:
/s/Robert Wolkin
Robert Wolkin
Thomas M. Saunders
Wes Klimczak

Attorneys for Plaintiff Anavex Life Sciences Corp.

By: _____   Date: 3/3/2017
/s/Daniel Quigley

Attorney for Defendant Anivax, Inc.