# IN THE UNITED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Plaintiff ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> v. <br><br> ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA, <br><br> Defendant. | Case No. CV-16-00150-TUC-JAS |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND COURT'S RETAINING OF JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT

This Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement reached between the parties, which is incorporated herein by reference. It is hereby ORDERED that this case is dismissed with prejudice.

_____            _____
Date                                                              Honorable Judge Soto