# IN THE UNITED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Plaintiff ANAVEX LIFE SCIENCES CORP., <br><br> PLAINTIFF, <br><br> v. <br><br> ANIVAX, INC DBA ANIVAX CORPORATION ARIZONA, <br><br> DEFENDANT. | Case No. CV-16-00150-TUC-JAS |

**ORDER OF DISMISSAL WITH PREJUDICE AND COURT'S RETAINING OF JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT**

This Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement reached between the parties, which is incorporated herein by reference. It is hereby ORDERED that this case is dismissed with prejudice. The Clerk of the Court shall close the file in this case.

Dated this 10th day of March, 2017.

Honorable James A. Soto
United States District Judge